UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00202

**Brandon Morgan Rowe,**
*Plaintiff,*

v.

**Jack Skeen, Jr. et al.,**
*Defendants.*

# ORDER

Plaintiff brought this suit under 42 U.S.C. § 1983, alleging that defendants Judge Jack Skeen, Jr., Smith County Assistant District Attorney Jason Parrish, and criminal defense attorney Clifton Roberson falsely convicted and imprisoned him in relation to his 2005 conviction from Smith County, Texas. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

The magistrate judge issued a report and recommendation (Doc. 9) that the complaint be dismissed as frivolous and with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff did not object to the report and recommendation. Finding no clear error, abuse of discretion, or legal conclusions contrary to law, the court accepts the report and recommendation (Doc. 9). For the reasons stated in the report, plaintiff's claims against the defendants are dismissed as frivolous and with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

*So ordered by the court on April 29, 2022.*

J. CAMPBELL BARKER
United States District Judge